THE PEOPLE OF THE STATE OF NEW YORK ex rel. METROPOLITAN LIFE INSURANCE COMPANY, Appellant, against JOSEPH LILLY et al., Constituting the Tax Commission of the City of New York, Respondents.

*Per Curiam.* After considering all of the relevant evidence, we hold that the assessments for the tax year 1942–43 on the premises involved herein, should be further reduced as follows:

| Lot No. | Land | Building | Total |
|---------|------|----------|-------|
| 17 | $200,000 | $ 95,000 | $ 295,000 |
| 45 | 610,000 | 660,000 | 1,270,000 |
| 48 | 190,000 | 20,000 | 210,000 |

The order so far as appealed from should be modified accordingly, and as so modified affirmed, with twenty dollars costs and disbursements to the appellant.

Untermyer, Dore and Callahan, JJ., concur; Martin, P. J., and Cohn, J., dissent and vote to affirm.

Order so far as appealed from, modified in accordance with opinion, and as so modified affirmed, with twenty dollars costs and disbursements to the relator-appellant. Settle order on notice.